# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARMA HONEYCUTT and SHANE HONEYCUTT, <br><br> Plaintiff, <br><br> v. <br><br> WINNEBAGO INDUSTRIES, INC. <br><br> Defendant. | Case No. 1:17-cv-01081-DAD-BAM <br><br> ORDER REQUIRING PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH A COURT ORDER <br><br> TEN DAY DEADLINE |

On August 11, 2017, Plaintiffs filed this Song-Beverly Consumer Warranty Act case against Defendant Winnebago Industries, Inc. (ECF No. 1.) On January 29, 2018, the parties filed a notice of settlement indicating that the parties agreed to settle this action. (ECF No. 12.) On January 30, 2018, an order issued requiring the parties to file dispositional documents within sixty-days. (ECF No. 13.) More than sixty days have passed and the parties have not filed dispositional documents or otherwise responded to the January 30, 2018 order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. *Bautista v. Los Angeles County*, 216 F.3d 837, 841 (9th Cir.

1

2000).

Accordingly, the Court HEREBY ORDERS the parties to SHOW CAUSE in writing within ten (10) days of the date of entry of this order why dispositive documents have not yet been filed. In the alternative, the parties shall file the appropriate dispositional documents within the ten day period. The parties are forewarned that the failure to show cause or otherwise file dispositive documents may result in the imposition of sanctions, including the recommendation that this action be dismissed for failure to comply with the court order.

IT IS SO ORDERED.

Dated: **April 19, 2018**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE